UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-22733-SCOLA

FELIX MORERA,

    Plaintiff,

v.

FUSION LOGISTICS, INC.,
a Florida Corporation, and
STUART E. HYDEN,

    Defendants.
_____/

**JOINT MOTION REQUESTING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE**

    Plaintiff, Felix Morera and Defendants, Fusion Logistics, Inc. and Stuart E. Hyden, pursuant to this Court's Pretrial Order [DE 4], respectfully request a confidential settlement conference before Judge Torres, and in support the say:

    The parties request a confidential settlement conference before Judge Torres because they believe that there is a meaningful chance of reaching an early resolution to this dispute.

Respectfully submitted,

| By: /s/ Elvis J. Adan | By: /s/ Paul F. Penichet |
|---|---|
| Elvis J. Adan | Paul F. Penichet |
| Fla. Bar No. 24223 | Fla. Bar No. 899380 |
| Gallardo Law Office, P.A. | Penichet Law |
| 8492 SW 8th Street | 9655 South Dixie Highway |
| Miami, Florida 33144 | Suite 310 |
| Tel. (305) 261-7000 | Miami, Florida 33156 |
| Fax. (786) 261-0088 | Tel. (305) 373-8809 |
| elvis.adan@gallardolawyers.com | Fax. (305) 373-8810 |
| Counsel for Plaintiff | paul@penichetlaw.com |
| | Counsel for Defendants |

## Certificate of Service

I HEREBY CERTIFY that on November 3, 2017, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Paul F. Penichet
Paul F. Penichet
FBN: 899380

## SERVICE LIST

Gallardo Law Office, P.A.
Elvis J. Adan
8492 SW 8th Street
Miami, Florida 33144
Tel. (305) 261-7000
Fax. (786) 261-0088
elvis.adan@gallardolawyers.com
Counsel for Plaintiff