UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. : 17-CV-22733-SCOLA

FELIX MORERA,

   Plaintiff,

v.

FUSION LOGISTICS, INC.,
a Florida Corporation and STUART E. HYDEN,
an individual.

   Defendant.
_____/

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that FELIX MORERA, by and through his undersigned counsel, and files this Notice of Filing Consent Form giving the undersigned and the Plaintiff authority to enter into settlement of the above-styled case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

                Respectfully submitted,

                GALLARDO LAW OFFICE, P.A.
                8492 SW 8th Street
                Miami, Florida 33144
                Telephone: (305) 261-7000

                By: _/s/ Elvis J. Adan_____
                Elvis J. Adan, Esq.
                Florida Bar No. 24223

UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF FLORIDA
Case No.: 17-CV-22733-SCOLA

ERNESTO VAZQUEZ

        Plaintiff,

v.

FUSION LOGISTICS, INC.,
a Florida Corporation and STUART E. HYDEN,
an Individual.

        Defendants,
_____/

## CONSENT FORM

By my signature below, I authorize attorney Elvis J. Adan, Esquire and Plaintiff, Felix Morera, to make decisions on my behalf and act as representatives of my legal interests (pertaining to the above-styled case) in the Settlement Conference scheduled before United States Magistrate Judge Edwin G. Torres at the James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom 5, Miami, FL 33132, on Thursday, January 18, 2018 at 1:30 pm.

I declare under the penalty of perjury, that the signature below is of the person named in this consent form.

_____          1/17/18
SIGNATURE (Sign your name)          Date

ERNESTO VAZQUEZ

(Print name)