UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-22733-TORRES

FELIX MORERA,

       Plaintiff,

  v.

FUSION LOGISTICS, INC.,
a Florida Corporation, and
STUART E. HYDEN,

       Defendants.
_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

The Parties, by and through undersigned counsel, file this Joint Motion for Approval of the Settlement and Dismissal of the Action With Prejudice and respectfully state as follows:

This is a lawsuit based on the Fair Labor Standards Act. After a settlement conference held in this matter, the parties settled all claims for themselves and other former employees that have provided consents for the plaintiff to negotiate settlement on their behalf.

The terms of the settlement were announced in open court on January 25, 2018. [See DE 25] The plaintiff, Felix Morera, and the consenting individuals, Antonio Berdayes, Ismael Ferriera, Juan Gonzalez, Alain Hernandez Reyes, and Arley Ochil, have now fully executed the written settlement agreement memorializing the terms as announced in court.

The Court retained jurisdiction on the stipulation of the parties. The parties hereby agree to a dismissal of this action with prejudice upon the Court approving the terms of the agreement.

Respectfully submitted,

By:  /s/  Elvis J. Adan
Elvis J Adan
FBN: 24223
Elvis.adan@gallardolawyers.com

Gallardo Law Office, P.A.
8492 SW 8th Streets
Miami FL 33144
Tel. (305) 261-7000
*Counsel for Plaintiffs*

By:  /s/  Paul F. Penichet
Paul F. Penichet
FBN: 0899380
paul@penichetlaw.com

PENICHET LAW
9655 South Dixie Highway
Suite 310
Miami, FL 33156
Tel:(305) 373-8809
Fax:(305) 373-8810
*Counsel for Defendant*

## Certificate of Service

I HEREBY CERTIFY that on March 21, 2018, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Paul F. Penichet
Paul F. Penichet
FBN: 899380

## SERVICE LIST

Gallardo Law Office, P.A.
Elvis J. Adan
8492 SW 8th Street
Miami, Florida 33144
Tel. (305) 261-7000
Fax. (786) 261-0088
elvis.adan@gallardolawyers.com
Counsel for Plaintiff